IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| ROBBIE LEE LOFTIN, #1532468 | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv209 |
| DENTON COUNTY DISTRICT CLERK, ET AL. | § | |

FINAL JUDGMENT

The Court having considered the Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and the Plaintiff's civil rights claims are **DISMISSED** with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477, 486 (1994), conditions are met..

**SIGNED this 16th day of August, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE